UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

TERESA STEVENSON,

       Plaintiff,

v.

CAROLYN W. COLVIN,

Acting Commissioner of
Social Security,

       Defendant.
_____/

Case No. 16-cv-14174

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 5) AND DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 2)

On November 29, 2016, Plaintiff filed her Complaint and an Application to Proceed *In Forma Pauperis*. (ECF Nos. 1, 2.) On December 7, 2016, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to deny Plaintiff's Application to Proceed *In Forma Pauperis*, finding that Plaintiff's financial condition was not sufficiently constrained that Plaintiff was unable to pay the filing fee for her case. (ECF No. 5, Report and Recommendation.) There have been no timely objections to the Report and Recommendation filed under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), and indeed Plaintiff paid the filing fee on December 27, 2016.

Accordingly, the Court ADOPTS the Report and Recommendation and DENIES Plaintiff's Application to Proceed *In Forma Pauperis*.

IT IS SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2017

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 19, 2017.

s/Deborah Tofil  
Case Manager