UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERESA STEVENSON,

    Plaintiff,                                      Case No. 16-cv-14174

v.                                                Paul D. Borman
                                                 United States District Judge

NANCY A. BERRYHILL,
ACTING COMMISSIONER                    Elizabeth A. Stafford
OF SOCIAL SECURITY,                       United States Magistrate Judge

    Defendant.
_____/

ORDER (1) ADOPTING REPORT AND RECOMMENDATION (ECF NO. 16);
(2) GRANTING THE COMMISSIONER'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 14);
(3) DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 13); and
(4) AFFIRMING THE DECISION OF THE COMMISSIONER

On January 12, 2018, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security ("Commissioner") in this action challenging the Commissioner's final decision to deny Plaintiff's application for Disability Insurance Benefits. (ECF No. 16, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for

1

Summary Judgment (ECF No. 13), GRANTS Defendant's Motion for Summary Judgment (ECF No. 14), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

s/Paul D. Borman  
Paul D. Borman  
United States District Judge

Dated: February 13, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 13, 2018.

s/Deborah Tofil  
Case Manager